# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FILED
ORLANDO, FL
7-26-07
U.S. MAGISTRATE

UNITED STATES OF AMERICA

vs.

THAAR MOHAMAD SHOUMAN

CRIMINAL COMPLAINT

CASE NUMBER: 07-1266

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about February 13, 2006, in Orange County, in the Middle District of Florida, defendant did,

> knowingly execute and attempt to execute a scheme and artifice to defraud Wachovia Bank, a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation, and knowingly execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, and other property owned by and under the custody and control of Wachovia Bank, a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises

in violation of Title 18, United States Code, Sections 1344 and 2.

I further state that I am a Special Agent with United States Secret Service, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
Michael Plitt

Sworn to before me and subscribed in my presence,

July 26, 2007     at     Orlando, Florida

United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

# AFFIDAVIT

STATE OF FLORIDA

COUNTY OF ORANGE                                  Case No: 07- 1266

I, Special Agent Michael Plitt of the United States Secret Service, being duly sworn state:

1.     I am a Special Agent with the United States Secret Service and have been so employed since May 2004. My job responsibilities include, but are not limited to, the investigation of violations of Federal laws related to financial crimes, to include bank fraud. Prior to joining the United States Secret Service, I served as a sworn local law enforcement officer in Central Florida for eleven (11) years.

2.     I make this affidavit from personal knowledge based on my participation in this investigation and information from other criminal investigators, and witnesses. Because this affidavit is being submitted for the limited purpose of obtaining an arrest warrant for **THAAR MOHAMAD SHOUMAN** your affiant has not set forth each and every fact learned during the course of this investigation.

3.     In conjunction with your affiant's official duties, your affiant has conducted an investigation into bank fraud in violation of Title 18, United States Code, Section 1344 by **THAAR MOHAMAD SHOUMAN.**

### Overview of the Scheme to Defraud

4.     An investigation conducted by the United States Secret Service has uncovered a scheme to defraud federally insured financial institutions by **SHOUMAN**. The following is an overview of that scheme:

   a.     **SHOUMAN** opened accounts at federally insured financial institutions, located in the Middle District of Florida, using his

1

        name and the business name of either "A & W Enterprises LLC" or "Shouman, Inc." In particular, **SHOUMAN** opened an account in the name of A & W Enterprises LLC at Wachovia Bank, and he opened accounts in the name of Shouman Inc. at AmSouth Bank and Fifth Third.

b.    **SHOUMAN** deposited checks that he knew to be worthless or written on closed accounts or accounts with insufficient funds into the A & W Enterprises LLC and Shouman, Inc. accounts with the intent to falsely inflate the funds in those accounts.

c.    Before the financial institutions Bank could determine that the checks that SHOUMAN deposited into the A & W Enterprises LLC and Shouman, Inc. accounts were worthless or written on closed accounts or accounts with insufficient funds, **SHOUMAN** withdrew funds from the checks, by means of wire transfer, from the A & W Enterprises LLC account. Wachovia Bank, AmSouth Bank, and Fifth Third suffered a loss as a result of this scheme.

### Opening of Wachovia Bank Account

5.    On 01/23/06, an account was opened by **SHOUMAN** at the Wachovia Bank branch located at 2610 South Orange Avenue in Orange County in the Middle District of Florida. The account number was *********9863 and the account was opened under the business name "A & W Enterprises LLC". The only authorized signature on the account belonged to **SHOUMAN** who was listed with the title "Supervisor".

### Deposit of worthless check and wire transfers for account at Wachovia Bank

6.    On 02/13/06, **SHOUMAN** deposited a personal check, drawn off a Washington Mutual Bank account in the name of an individual other than **SHOUMAN**, into Wachovia Bank account #*********9863. This check was in the amount of $48,783.24 and will be referred to in the Affidavit as the "$48,783.24 check."

7. On 02/14/06, **SHOUMAN** made three outgoing wire transfers from Wachovia Bank account #**********9863 totaling $48,521.03 prior to Wachovia Bank being able to determine that the $48,783.24 check was written on an account with insufficient funds.

8. On 02/16/06, the $48,783.24 check that had been deposited by **SHOUMAN** into Wachovia Bank account #**********9863 was returned as non-sufficient funds. This resulted in a loss to Wachovia Bank.

9. Special Agent Bobby Outlaw and I interviewed **SHOUMAN** on July 9, 2007. In that interview, **SHOUMAN** admitted, among other things, that he knew that the $48,783.24 check that he deposited at Wachovia Bank (as described above) was worthless at the time that he deposited it into his account and that he deposited that check with the intention of withdrawing funds prior to the check being determined to be written on an account with insufficient funds. **SHOUMAN** further stated that he was the individual who filled out the check and signed it. **SHOUMAN** stated that this was not the only time that he deposited a check that was written on an account with insufficient funds in this manner and that he found himself in a cycle where he deposited several checks that he knew to be worthless in order to cover bills. **SHOUMAN** acknowledged that he knew that what he had done was wrong.

10. During the course of this investigation, I have determined that the total loss attempted by **SHOUMAN** as a result of this scheme is over $180,000 and that the amount of loss actually suffered by federally insured financial institutions as a result of this scheme executed by **SHOUMAN** is over $125,000.

11. During the course of this investigation, I have confirmed that, at all times relevant to this case, the deposits of Washington Mutual Bank, Wachovia Bank, AmSouth Bank, and Fifth Third were insured by the Federal Deposit Insurance Corporation.

12. On the basis of the foregoing facts and evidence, I submit that probable cause exists to charge **THAAR MOHAMAD SHOUMAN** with a violation of Title 18, United States Code, Section 1344 (bank fraud) and respectfully request that the Court issue a Warrant for his arrest.

FURTHER YOUR AFFIANT SAITH NAUGHT.

_____
MICHAEL PLITT
SPECIAL AGENT
UNITED STATES SECRET SERVICE

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 26th DAY
OF July, 2007, AT
ORLANDO, FLORIDA.

_____
The Honorable KARLA R. SPAULDING
United States Magistrate Judge