# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.                                                        Case No:   6:07-cr-144-GAP-EJK

THAAR MOHAMAD SHOUMAN

        Defendants

## ORDER

This cause comes before the Court on Motion for Final Order of Garnishment (Doc. No. 86) filed May 7, 2024.

On May 17, 2024, the United States Magistrate Judge issued a report (Doc. No. 88) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Final Order of Garnishment is **GRANTED**.   The Court will enter a separate Final Order of Garnishment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 3, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party