UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 6:07-cr-144-GAP-EJK

THAAR MOHAMAD SHOUMAN
_____

**ORDER**

This cause comes before the Court on United States' Second Motion for Final Order of Garnishment (Doc. No. 96) filed September 11, 2024.

On September 17, 2024, the United States Magistrate Judge issued a report (Doc. No. 97) recommending that the motion be granted. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The United States' Second Motion for Final Order of Garnishment (Doc. 96) is **GRANTED**.

3. Voya Financial, Inc., ATTN: ADP TotalSource Plan Administration shall liquidate the Defendant's nonexempt interest in his account (i.e. the current full balance, not to exceed $135,697.84), and pay over that

amount to Clerk, United States District Court with the notation "Thaar Mohamad Shouman, Case No. 6:07-cr-144-GAP-EJK" and send to:

Clerk, United States District Court
ATTN:   DCU
401 West Central Blvd, Suite 1200
Orlando, FL 32801

4. It is further **ORDERED** that upon payment to the United States of this amount the Writ directed to Voya Financial, Inc. will terminate pursuant to 28 U.S.C. §3205(c)(10)(B).

5. The United States is directed to provide a copy of this order to Defendant Thaar Mohamad Shouman and file a certificate of service once completed.

**DONE** and **ORDERED** in Orlando, Florida on October 7th, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Attorney
United States Probation Office

Thaar Mohamad Shouman
13106 Rushstone Ct.
Orlando, FL 32832